UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. DOSS,<br><br>   Plaintiff,<br><br>   v.<br><br>MULE CREEK STATE PRISON, et al.,<br><br>   Defendants. | No. 2:24-cv-1092 CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On March 14, 2025, plaintiff's first amended complaint was dismissed with leave to amend. (ECF No. 14.) On March 31, 2025, plaintiff filed the Notice of Amendment form, but he failed to include the second amended complaint. (ECF No. 15.) Plaintiff is granted fourteen days to submit his second amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days from the date of this order in which to file his second amended complaint. Failure to file the proposed second amended complaint will result in a recommendation that this action be dismissed.

Dated: April 8, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/doss1092.36

1